IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CV-126-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| THURMAN LITTLE, JR., | ) | |
| Defendant. | ) | |

The United States has moved for an order requiring the defendant to appear and comply with the subpoena and notice of deposition served on him by a Deputy U.S. Marshal on February 19, 2008, requiring his appearance at an oral deposition on March 26, 2008.

It is ordered that the defendant appear at the United States Attorneys Office at 310 New Bern Avenue, Suite 800, Raleigh, North Carolina at 10:00 a.m. on the 30th day of October, 2008, and comply with the subpoena and notice of deposition. Failure to comply with this order could result in the defendant being ordered to show cause why he should not be held in civil contempt.

It is further ordered that the United States Marshal for the Eastern District of North Carolina shall serve or cause to be served a certified copy of this order upon the said defendant and report his service thereof to the court.

SO ORDERED. This 8 day of October 2008.

JAMES C. DEVER III
United States District Judge